**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


| | | |
|---|---|---|
| **United States of America,** | ) | **CASE NO. 1:08 CR 229** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Jovan Norton,** | ) | <u>**Order**</u> |
| | ) | |
| **Defendant.** | ) | |


This matter is before the Court upon the Report and Recommendation Probation

Violation issued by Magistrate Judge Vecchiarelli (Doc. 473).  No objections have been filed.

The Report and Recommendation is hereby ACCEPTED.

An Order[1] was previously issued referring this matter to Magistrate Judge Vecchiarelli

to conduct a revocation hearing and file a report and sentencing recommendation.  The

Magistrate Judge held a final revocation hearing and issued her Report and Recommendation

that defendant "has violated 1, 3, and 4 of the violation report and that probation be

---

[1]     The Order was issued by Judge Kathleen O'Malley.  The case was thereafter
reassigned to this Court.

1

continued. [Defendant] shall remain on probation pending a final determination by Judge Gaughan." (Doc. 473)

Although the parties were advised that objections to the Report and Recommendation were due within 14 days after service of the report, no objections have been filed. Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(C). When no objections are made, however, this Court is not required to "review ... a magistrate's factual or legal conclusions, under a *de novo* or any other standard...." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Accordingly, this Court has reviewed the report for clear error. *See U.S. v. Herdman*, 2010 WL 654150 (S.D.Ohio Feb. 18, 2010)  Having found no error, the Court completely adopts the Report and Recommendation which is incorporated herein by reference.

For these reasons, the Report and Recommendation is accepted.

IT IS SO ORDERED.


       /s/Patricia A. Gaughan
       PATRICIA A. GAUGHAN
       United States District Judge

Dated: 5/18/11

2